# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RICKY NEWSOM                                                                                    PLAINTIFF

v.                                    NO. 3:14-cv-00169 JTK

CAROLYN W. COLVIN, Acting Commissioner                                    DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 26th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE